1  SANFORD JAY ROSEN – 062566
     srosen@rbgg.com
2  JENNY S. YELIN – 273601
     jyelin@rbgg.com
3  MARC J. SHINN-KRANTZ – 312968
     mshinn-krantz@rbgg.com
4  ROSEN BIEN GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
5  San Francisco, California  94105-1738
   Telephone:  (415) 433-6830
6  Facsimile:   (415) 433-7104

7  Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  ISABELLE BROCAS and JUAN D.          Case No. 2:23-cv-07280-MAR
    CARRILLO,
13                                       **NOTICE OF APPEARANCE OF**
             Plaintiffs,                 **COUNSEL MARC J. SHINN-**
14                                       **KRANTZ**
         v.
15
    UNIVERSITY OF SOUTHERN
16  CALIFORNIA and DOES 1-10,
    inclusive,
17
             Defendants.
18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Marc J. Shinn-Krantz enters his appearance as counsel of record for Plaintiffs.  The undersigned hereby requests to be added to the docket's list of counsel as attorneys to be noticed.  Copies of all pleadings, papers, and notices should be served/noticed as follows:

> Sanford Jay Rosen
> Jenny S. Yelin
> Marc J. Shinn-Krantz
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 101 Mission Street, Sixth Floor
> San Francisco, California  94105-1738
> Telephone:  (415) 433-6830
> Facsimile:   (415) 433-7104
> Email:  srosen@rbgg.com; jyelin@rbgg.com; mshinn-krantz@rbgg.com

DATED:  November 27, 2023          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Marc J. Shinn-Krantz*
     Marc J. Shinn-Krantz

Attorneys for Plaintiffs