ROSEN BIEN GALVAN & GRUNFELD LLP
Sanford Jay Rosen (SBN 062566)
srosen@rbgg.com
JENNY S. YELIN (SBN 273601)
jyelin@rbgg.com
Marc J. Shinn-Krantz (SBN 312968)
mshinn-krantz@rbgg.com
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
thix@seyfarth.com
Cristen R. Hintze (SBN 318231)
chintze@seyfarth.com
Janine E. Raduechel (SBN 342332)
jraduechel@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Shardé T. Skahan (SBN 286157)
sskahan@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISABELLE BROCAS and JUAN D. CARRILLO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-07280-MEMF(PDx)<br><br>**JOINT REVISED SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>Trial Date:　　　March 10, 2025 |

1. Pursuant to the Court's Order dated February 26, 2025 (ECF No. 23), Plaintiffs Isabelle Brocas and Juan D. Carrillo and Defendant University of Southern California (collectively "the Parties") have met and conferred through counsel and hereby jointly file a revised schedule of pretrial and trial dates worksheet, a true and correct copy of which is attached hereto as **Exhibit A**.

2. For the Court's reference regarding the selected trial dates:

3. Plaintiffs' co-lead trial counsel (Yelin) is unavailable for a trial from March 16, 2026-April 20, 2026 due to a family lifecycle event that cannot be changed. As an alternative to the schedule proposed in Plaintiffs' column of Exhibit A, Plaintiffs' counsel would be willing to accommodate defense counsel's schedule by holding the trial prior to Defendants' lead counsel's vacation (December 8) or after the completion of Ms. Skahan's January trial (February 17). Plaintiffs' counsel would prefer not to delay the trial until April 2026.

4. Defendant's counsel does not expect the case to be ready for trial by December 8, 2025, because the Parties are still actively engaged in discovery, including meet and confer efforts concerning review and production of ESI and depositions. Defendant's lead trial counsel (Hix) is unavailable for trial from December 18, 2025, through January 5, 2026, for a pre-paid international vacation. Additionally, Defendant's co-lead trial counsel (Skahan) is unavailable for trial in January 2026, due to a JAMS arbitration that commences on January 19, 2026, and a jury trial in Los Angeles Superior Court (Case No. 22STCV37821) that commences on January 26, 2026, and expected to last 7 to 10 days.

| | | |
|---|---|---|
| 1 | DATED: March 12, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 4 | | By: */s/ Jenny S. Yelin* |
| 5 | |     Sanford J. Rosen |
| 6 | |     Jenny S. Yelin |
|   | |     Marc J. Shinn-Krantz |
| 7 | | |
| 8 | |     Attorneys for Plaintiffs |
|   | |     ISABELL BROCAS and JUAN D. |
| 9 | |     CARRILLO |
| 10 | | |
| 11 | | |
| 12 | DATED: March 12, 2025 | SEYFARTH SHAW LLP |
| 13 | | |
| 14 | | By: */s/ Cristen R. Hintze* |
| 15 | |     Timothy L. Hix |
|    | |     Shardé T. Skahan |
| 16 | |     Cristen R. Hintze |
|    | |     Janine E. Raduechel |
| 17 | | |
| 18 | |     Attorneys for Defendant |
|    | |     UNIVERSITY OF SOUTHERN |
| 19 | |     CALIFORNIA |

3
JOINT REVISED SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I, Cristen R. Hintze, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  March 12, 2025

                                SEYFARTH SHAW LLP

                                */s/ Cristen R. Hintze*
                                Timothy L. Hix
                                Shardé T. Skahan
                                Cristen R. Hintze
                                Janine E. Raduechel

                                Attorneys for Defendant
                                UNIVERSITY OF SOUTHERN CALIFORNIA

# EXHIBIT "A"

**DISTRICT JUDGE MAAME EWUSI-MENSAH FRIMPONG**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**
Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.

| Case No. 2:23-cv-07280-MEMF-PD | Case Name: *Brocas et al. v. University of Southern California et al.* | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| Check one: ☒ Jury Trial   or   ☐ Bench Trial [Monday at 8:30 a.m. within 12-15 months of Scheduling Conference based on complexity] Estimated Duration: ___7____ Days | | 01/20/2026 | 04/20/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [Wednesday at 9:00 a.m. at least 19 days before trial] | | 12/31/2026 | 04/01/2026 |
| **Event**[1] Note: Hearings shall be on Thursdays at 10:00 a.m.[2]  Other dates can be any day of the week. | **Time Computation**[3] | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Thursday] | 6 weeks after scheduling conference | 04/21/2025 | 04/21/2025 |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motion) | 24 weeks before FPTC | 07/16/2025 | 10/15/2025 |
| Expert Disclosure (Initial) | 23 weeks before FPTC | 07/23/2025 | 10/22/2025 |
| Expert Disclosure (Rebuttal) | 21 weeks before FPTC | 08/06/2025 | 11/05/2025 |
| Expert Discovery Cut-Off | 19 weeks before FPTC[4] | 08/20/2025 | 11/19/2025 |
| Last Date to file Dispositive Motions | | 08/27/2025 | 11/06/2025 |
| Last Date to Hear Motions [Thursday] • Parties shall take note of the Court's briefing schedule as set forth in the Civil Standing Order, found on Judge Frimpong's website | 12 weeks before FPTC | 10/08/2025 | 01/08/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: ☐ 1. Magistrate Judge (with Court approval)  ☐ 2. Court Mediation Panel  ☒ 3. Private Mediation | 10 weeks before FPTC | 10/22/2025 | 01/21/2026 |
| Trial Filings (first round) • Motions in Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) • Declarations containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 12/03/2025 | 03/04/2026 |

---

[1] The parties may seek dates for additional events by filing a separate stipulation and proposed order.
[2] By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be e-filed by the Friday before the hearing and must indicate that counsel has met and conferred per Local Rule 7-3.
[3] The numbers below represent the court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. But in every case, the last date to hear motions shall be no later than eight (8) weeks before the deadline for Trial Filings (First Round), and the deadline for Trial Filings (First Round) and Trial Filings (Second Round) must be no later than four (4) and two (2) weeks before the FPTC, respectively.
[4] The parties may choose to cut off expert discovery prior to the deadline to file a motion for summary judgment.

[4417604.2]

| | | | |
|---|---|---|---|
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 12/17/2025 | 03/18/2026 |