SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
thix@seyfarth.com
Cristen R. Hintze (SBN 318231)
chintze@seyfarth.com
Janine E. Raduechel (SBN 342332)
jraduechel@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Shardé T. Skahan (SBN 286157)
sskahan@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISABELLE BROCAS and JUAN D. CARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07280-MEMF(PDx)<br><br>[*Hon. Maame Ewusi-Mensah Frimpong*]<br><br>**DEFENDANT'S SUPPLEMENTAL STATEMENT RE: JOINT REVISED SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**<br><br>Trial Date: March 10. 2025 |

---

DEFENDANT'S SUPPLEMENTAL STATEMENT RE: JOINT REVISED SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

Defendant University of Southern California submits this supplemental statement concerning the Parties' Joint Revised Pretrial and Trial Dates Worksheet, filed on March 12, 2025 (ECF No. 25):

Shortly after the Parties filed the Joint Revised Worksheet on March 12, 2025, Defendant realized it had inadvertently failed to state that lead trial counsel (Hix) has a jury trial scheduled to commence on December 8, 2025, in Los Angeles Superior Court (Case No. 23STCV29031), expected to last 5 to 8 days. Defendant's counsel is therefore unavailable for trial in December 2025 and January 2026. Defendant apologies to the Court for the delayed notice of this conflict.

DATED: March 13, 2025          SEYFARTH SHAW LLP

By: */s/ Cristen R. Hintze*
Timothy L. Hix
Shardé T. Skahan
Cristen R. Hintze
Janine E. Raduechel

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I, Cristen Hintze, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  March 13, 2025

        SEYFARTH SHAW LLP

        */s/ Cristen R. Hintze*
        Timothy L. Hix
        Shardé T. Skahan
        Cristen R. Hintze
        Janine E. Raduechel

        Attorneys for Defendant
        UNIVERSITY OF SOUTHERN CALIFORNIA