SANFORD JAY ROSEN – 062566
  srosen@rbgg.com
JENNY S. YELIN – 273601
  jyelin@rbgg.com
MARC J. SHINN-KRANTZ – 312968
  mshinn-krantz@rbgg.com
ERIC MONEK ANDERSON – 320934
  eanderson@rbgg.com
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

Timothy L. Hix (SBN 184372)
  thix@seyfarth.com
Cristen R. Hintze (SBN 318231)
  chintze@seyfarth.com
Janine E. Raduechel (SBN 342332)
  jraduechel@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile:   (213) 270-9601

Shardé T. Skahan (SBN 286157)
  sskahan@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISABELLE BROCAS and JUAN D. CARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07280-MEMF(PDx)<br><br>**NOTICE RE SCHEDULED PRIVATE MEDIATION**<br><br>Judge:   Hon. Maame Ewusi-Mensah Frimpong<br><br>Trial Date:          August 16, 2027 |

[6012740.3]

The Court's May 22, 2026 Civil Trial Order set the trial in this case for August 16, 2027, and set May 19, 2027 as the deadline for the parties to attend private mediation.  ECF No. 28 at 3.  The parties hereby notify the Court that they have scheduled a private mediation with Retired Magistrate Judge Margaret A. Nagle for September 15, 2026.  The parties have agreed to an informal stay of all litigation and formal discovery pending the mediation.  If the case does not resolve at the September 15 mediation, the parties will resume formal discovery in order to complete fact discovery by the February 10, 2027 cut-off date.  *Id.*

DATED:  June 5, 2026                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                        By: */s/ Jenny S. Yelin*
                                        Jenny S. Yelin

                                        Attorneys for Plaintiffs


DATED:  June 5, 2026                    SEYFARTH SHAW LLP

                                        By: */s/ Timothy Hix*
                                        Timothy Hix

                                        Attorneys for Defendants


**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I, Jenny S. Yelin, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.


DATED:  June 5, 2026                    */s/ Jenny S. Yelin*
                                        Jenny S. Yelin

[6012740.3]                             1
NOTICE RE SCHEDULED PRIVATE MEDIATION